# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-5042 PA (MRW) | Date | August 20, 2019 |
|---|---|---|---|
| Title | Cannell v. Aurora Las Encinas Hospital | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Petitioner: | Attorneys for Respondent: |
| | n/a | n/a |

**Proceedings:** ORDER TO SHOW CAUSE RE: FAILURE TO UPDATE MAILING ADDRESS

1. Petitioner is a pro se litigant in this federal action. When the Court recently issued an order (screening of habeas petition) to Petitioner's current address of record, the post office returned the item as undeliverable. (Docket # 4,5.) The notice on the outside of the envelope read "Forward to: 4108 Del Rey Ave., Apt. # 306, Marina Del Rey, CA 90292."

2. A litigant in federal court is obliged to inform the Court and the defense of any change in address. If Plaintiff fails to keep the Court informed of a correct mailing address, this case may be dismissed under Local Rule 41-6, which states as follows:

> **If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution.**

3. Based on the recent return of mail, the Court suspects that Petitioner failed to properly update his address with the Court. Therefore, by September 6, 2019, Petitioner will file a sworn notice with the Court indicating his current, accurate mailing address.

4. The Clerk is directed to serve this order and the previous screening order on Petitioner's new address.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-5042 PA (MRW) | Date | August 20, 2019 |
|---|---|---|---|
| Title | Cannell v. Aurora Las Encinas Hospital | | |

     5.     Failure to comply with this order will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b). <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).